

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00230-CR

**KEITH LANCE WILLIAMS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 10-045-CR

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed July 27, 2011
Do not publish
[CR25]